| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN R. JERICH (CSBN 188462)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7158 |
| 7 | Facsimile: (415) 436-6982<br>Email: susan.jerich@usdoj.gov |
| 8 | Attorneys for Plaintiff |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 08-676 VRW |
| Plaintiff, | ) ) | PARTIES' STIPULATION AND<br>PROPOSED ORDER CONTINUING |
| VS. | ) ) | DATE FOR CHANGE OF PLEA |
| MIGUEL MURILLO, SR.,<br>MIGUEL MURILLO, JR., | ) ) ) ) | |
| Defendants. | ) ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The parties made their initial appearance before this Court on the instant case November 6, 2008. At that time, the parties requested December 18, 2008 as a date for change of plea in the matter.

2. Government counsel recently received a communication from counsel for Miguel Murillo, Sr., regarding the proposed plea agreement. Government counsel requires additional time to consider the request and discuss it with defense counsel.

3. Accordingly, the parties jointly request that the matter be calendared for change of plea on January 22, 2009 and that the December 18, 2008 date be vacated.

STIPULATION AND PROPOSED ORDER
CR 08-676 VRW

1  4. The parties further request that time be excluded in the interim time period due to the
2  effective preparation of counsel. <u>See</u> 18 U.S.C. §§ 3161(h)(1)(F) and 18 U.S.C.§ 3161(h)(8)(A),
3  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
4  These ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> §
5  3161(h)(8)(A).
6  5. It is therefore the request of both parties that the matter be continued until January 22,
7  2009 for status.

9  SO STIPULATED.
10  DATED: December 16, 2008                    Respectfully Submitted,

13                                         /s/_____
                                       SUSAN R. JERICH
                                       Assistant United States Attorney

14  DATED: December 16, 2008

16                                         /s/_____
                                       DOUGLAS HORNGRAD
                                       Counsel for Defendant Miguel Murillo, Jr.

19  DATED: December 16, 2008             /s/_____
20                                         ANN C. MOORMAN
                                       Counsel for Defendant Miguel Murillo, Sr.

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

23  DATED:   12/16/2008                  _____
24                                         HON. VAUGHN R. WALKER
                                       Chief Judge, United States District Court

[GRANTED stamp signed by Judge Vaughn R Walker]

STIPULATION AND PROPOSED ORDER
CR 08-676 VRW                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Miguel Murillo, Sr.</u>   CR 08-676 VRW.  was served today as follows:

<u>Via email and facsimile delivery</u>
Douglas Horngrad, 415-397-9519

Ann C. Moorman, 707-468-0522

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _12/16/2008_____ at __San Francisco_____, California.

```
          /s/
Sheryl Castillo
United States Attorney's Office
```

STIPULATION AND PROPOSED ORDER
CR 08-676 VRW                              3