1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-6982
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff

9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )   No.: CR 08-676 VRW
                                     )
14       Plaintiff,                  )   PARTIES' STIPULATION AND
                                     )   ~~PROPOSED~~ ORDER CONTINUING
15       VS.                         )   DATE FOR CHANGE OF PLEA
                                     )
16  MIGUEL DOMINGUEZ MURILLO, SR.,   )
    MIGUEL DOMINGUEZ MURILLO, JR.    )
17                                   )
                                     )
18                                   )
         Defendants.                 )
19  _____)

20
    The parties stipulate and agree, and the Court finds and holds, as follows:
21
       1.  The parties made their initial appearance before this Court on the instant case
22
    November 6, 2008.  At that time, the parties requested December 18, 2008 as a date for change
23
    of plea in the matter.
24
       2. Government counsel recently received a communication from counsel for Miguel Murillo,
25
    Sr., regarding the proposed plea agreement.  Government counsel requires additional time to
26
    consider the request and discuss it with defense counsel.  The parties are prepared, however, to
27
    go forward with a change of plea with respect to Miguel Murillo, Jr. on January 22, 2009.
28

    STIPULATION AND PROPOSED ORDER
    CR 08-676 VRW

3.  Therefore, the parties jointly request that the matter be calendared for change of plea on February 5, 2009 and that the January 22, 2009 date, with respect to Miguel Dominguez Murillo, Sr., be vacated.

4.  The parties further request that time be excluded in the interim time period due to the effective preparation of counsel. See 18 U.S.C. §§ 3161(h)(1)(F) and 18 U.S.C.§ 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. It is therefore the request of both parties that the matter be continued until February 5, 2009 for change of plea.

SO STIPULATED.

DATED: January 21, 2009                Respectfully Submitted,


                                                    /s/_____
                                                  SUSAN R. JERICH
                                                  Assistant United States Attorney


DATED: January 21, 2009                /s/_____
                                                  ANN C. MORMAN
                                                  Counsel for Defendant Miguel Murillo, Sr.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  1/23/2009                      _____
                                                  HON. VAUGHN R. WALKER
                                                  Chief Judge, United States District Court



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Miguel Murillo, Sr.</u>  CR 08-676 VRW.  was served today as follows:

<u>Via email delivery</u>
Ann C. Mormom

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __01/21/2009_____ at _San Francisco_____, California.

_____/s/_____
Sheryl Castillo
United States Attorney's Office

STIPULATION AND PROPOSED ORDER
CR 08-676 VRW                3