1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:   707-468-0522
4
   Attorneys for Defendant
5  MIGUEL DOMINGUEZ MURILLO

6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11
   UNITED STATES OF AMERICA,        )      No. CR 08-676 VRW
12                                  )
           Plaintiff,                )      STIPULATION AND
13                                  )      [PROPOSED] ORDER RESETTING
        vs.                         )      CHANGE OF PLEA HEARING
14                                  )
   MIGUEL DOMINGUEZ MURILLO,        )
15                                  )
           Defendant.                )
16 _____)

17       IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Jerich,

18 Assistant United States Attorney, and defendant Miguel Murillo, through his counsel Ann C.

19 Moorman, Esq. that the date now set for change of plea by defendant Miguel Murillo Sr., to wit,

20 February 5, 2009 shall be vacated and re-set for February 19, 2009.  The parties have been

21 diligently negotiating the terms of the plea agreement, however, additional time is needed to resolve

22 certain issues and obtain approval of said plea agreement.

23       The parties further stipulate that time be excluded to and including February 19, 2009 to

24 allow for the effective preparation of counsel as provided by 18 U.S.C. §§3161(h)(1)(F) and 18

25 ////

26 ////

27 ////

28

Stipulation and Order Resetting Change of Plea Hearing          1

U.S.C. §3161(a)(8)(A), The parties also stipulate that the ends of justice would be served by the Court excluding the proposed time period to and including February 19, 2009 pursuant to 18 U.S.C. 3161(h)(8)(A).

IT IS SO STIPULATED:

DATED: February 4, 2009         /s/ Susan Jerich
SUSAN JERICH
Assistant United States Attorney

DATED: February 4, 2009         /s/ Ann C. Moorman
ANN C. MOORMAN
Attorney for Defendant Murillo

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby Ordered that the change of plea hearing in this matter now scheduled for February 5, 2009, shall be vacated and re-set for February 19, 2009 at 2:00 p.m.

DATED: 2/5/2009

_____
HON. VAUGHN R. WALKER
Chief Judge, United States District Court

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

Stipulation and Order Resetting Change of Plea Hearing      2