1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
3 BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
4 SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney
5
450 Golden Gate Avenue, Box 36055
6 San Francisco, California 94102
Telephone: (415) 436-7158
7 Facsimile: (415) 436-6982
Email: susan.jerich@usdoj.gov
8
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 08-676 VRW |
|---|---|
| Plaintiff, | ) PARTIES' STIPULATION AND <s>PROPOSED</s> ORDER CONTINUING DATE FOR SENTENCING |
| VS. | |
| MIGUEL DOMINGUEZ MURILLO, SR., | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The defendant, Miguel Murillo, Sr., is currently scheduled to be sentenced on May 7, 2009 at 2 p.m.. The parties respectfully request that the date for sentencing be continued one week until May 14, 2009 at 2 p.m..

2. Counsel for the government will be unavailable on May 7 to appear at the sentencing hearing. Counsel for the government has confirmed with both opposing counsel and court staff that May 14 is available and acceptable as a sentencing date. Government counsel has also advised the United States Probation Officer of the anticipated change. As of today's date, no

STIPULATION AND PROPOSED ORDER
CR 08-676 VRW

response has been received from Probation regarding the requested change.

3. The parties jointly request that the matter be calendared for sentencing on May 14, 2009 and that the May 7, 2009 date, with respect to Miguel Dominguez Murillo, Sr., be vacated.

SO STIPULATED.

DATED: April 29, 2009            Respectfully Submitted,

　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　 SUSAN R. JERICH
　　　　　　　　　　　　　　　　　 Assistant United States Attorney

DATED: April 29, 2009            /s/
　　　　　　　　　　　　　　　　　 ANN C. MORMAN
　　　　　　　　　　　　　　　　　 Counsel for Defendant Miguel Murillo, Sr.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/1/2009
　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　 HON. VAUGHN R. WALKER
　　　　　　　　　　　　　　　　　 Chief Judge, United States District Court

*IT IS SO ORDERED* — Judge Vaughn R Walker (signature/seal, United States District Court, Northern District of California)

STIPULATION AND PROPOSED ORDER
CR 08-676 VRW                    2