UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOMIGUEZ-MURILLO, et al.,<br><br>　　　　Defendant. | Case No.  08-cr-00676-VC-1<br><br>**ORDER DENYING MOTION TO REDUCE SENTENCE**<br><br>Re:  Doc. No. 25 |

Defendant Miguel Domiguez-Murillo, acting *pro se*, has filed a "Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582 and Amendment 782," in which he moves for a reduction in his sentence pursuant to United States Sentencing Guideline Amendment 782.

The Court has received a Notice of Non-Intervention from the Office of the Federal Public Defender.  The Court also has received a Sentence Reduction Investigation Report, in which the United States Probation Office states that the defendant is not eligible for the reduction, because he was sentenced to the statutory mandatory minimum.  According to that Report, the government agrees that the defendant is not entitled to a reduction.  The Court finds that the defendant is not eligible for a reduction pursuant to Amendment 782, because he was sentenced to the statutory mandatory minimum.  Accordingly, the defendant's motion is denied.  The Clerk shall serve a copy of this Order on the defendant.

　　**IT IS SO ORDERED**.

Dated: January 13, 2015

_____
VINCE CHHABRIA
United States District Judge